UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS AQUINO,<br><br>               Plaintiff,<br><br>               -v.-<br><br>EL VERDE MEAT AND PRODUCE, INC., *doing business as* CHERRY VALLEY MARKETPLACE; MICHAEL DOE; SOLANGIE DOE; and JUVENTINO MATIAS,<br><br>             Defendants. | 25 Civ. 6560 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Plaintiff commenced this action by filing a complaint on August 8, 2025. (Dkt. #1). Defendants who have been served had until September 4, 2025, to answer the complaint. (Dkt. #9-10). On October 23, 2025, Plaintiff filed a motion for default judgment, attaching an unsigned Clerk's Certificate of Default, an Affidavit of Service, and various letters to Defendants. (Dkt. #11).

    Plaintiff's filing is not in accordance with the default judgment procedures outlined in the Court's Individual Rules of Practice in Civil Cases. Consequently, Plaintiff's motion for default judgment is DENIED without prejudice as to its refiling in accordance with the Individual Rules. Plaintiff shall consult Attachment A of the Individual Rules, which are available [here](#).

    The Clerk of Court is directed to terminate the pending motion at docket entry 11.

SO ORDERED.

Dated: October 24, 2025
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge