**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXIS AQUINO<br>Plaintiff,<br><br>- against –<br><br>EL VERDE MEAT AND PRODUCE, INC D/B/A/ CHERRY VALLEY MARKETPLACE, MICHAEL DOE, SOLANGIE DOE AND JUVENTINO MATIAS<br>Defendants | Case No. 25-cv-06560(KPF)<br><br>**JUDGMENT** |

WHEREAS, Defendants El Verde Meat and Produce, Inc d/b/a/ Cherry Valley Marketplace, Michael Doe, Solangie Doe and Juventino Matias, Plaintiff with an offer of judgment for $150,000.00 on July 10, 2026;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on July 17, 2026, pursuant to Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Alexis Aquino against El Verde Meat and Produce, Inc D/B/A/ Cherry Valley Marketplace, Michael Doe, Solangie Doe And Juventino Matias, on the amount of $150,000.00 which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of any Defendants.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: July 20, 2026
New York, NY

SO ORDERED

Katherine Polk Failla

Hon. Katherine Polk Failla
United States District Judge